**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Albert Salcido, Jr., | No. CV-20-00332-PHX-DGC (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| CoreCivic Incorporated, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's Amended Civil Rights Complaint For Damages (Doc. 9). Though Plaintiff has failed to comply with LRCiv 15.1(b) despite the Court's Order expressly referencing the requirements of the rule (Doc. 8 at 2), the Court is able to discern through underlined additions in what way the Amended Complaint differs from Plaintiff's original Complaint (Doc 1). In the interests of judicial economy, the Court will screen the Amended Complaint.

On February 21, 2020, the Court screened Plaintiff's Complaint pursuant to 28 U.S.C. § 1915A(a) and required only Defendant Collins to answer. (Doc. 6 at 5). The Court found that "Plaintiff fails to allege facts to support that CoreCivic promulgated or endorsed a policy or custom that resulted in the alleged violation of Plaintiff's constitutional rights. He therefore fails to state a claim against CoreCivic, and CoreCivic will thus be dismissed." (*Id.* at 4). The Court further found that "Plaintiff has not alleged that Defendant Stolc personally participated in a deprivation of Plaintiff's constitutional

rights, was aware of a deprivation and failed to act, or formed policies that resulted in Plaintiff's injuries. Accordingly, the Court found that Plaintiff failed to state a claim against Stolc, and Stolc was dismissed." (*Id.*)

Plaintiff has addressed through the additional allegations underlined in the Amended Complaint the deficiencies noted in the Court's original screening Order. Therefore, the Court will require Defendants CoreCivic, Collins, and Stolc to answer Count One of Plaintiff's Amended Civil Rights Complaint For Damages (Doc. 9).

**IT IS ORDERED**:

(1) Plaintiff must either serve Defendants in compliance with the applicable rules of the Federal Rules of Civil Procedure, and the Local Rules of this Court, or seek a waiver of service.

(2) If Plaintiff does not obtain a waiver of service of the summons or complete service of the Summons and Complaint on Defendants within 90 days of the filing of the Amended Complaint or within 60 days of the filing of this Order, whichever is later, the action may be dismissed. Fed. R. Civ. P. 4(m); LRCiv 16.2(b)(2)(B)(ii).

(3) Defendants CoreCivic, Collins, and Stolc must answer Count One of Plaintiff's Amended Civil Rights Complaint For Damages (Doc. 9) or otherwise respond by appropriate motion within the time provided by the applicable provisions of Rule 12(a) of the Federal Rules of Civil Procedure.

(4) All prior Warnings set forth in the Court's original screening Order (Doc. 6 at 5) are affirmed.

Dated this 20th day of July, 2020.

Honorable Eileen S. Willett
United States Magistrate Judge