# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Albert Salcido, Jr., | No. CV-20-00332-PHX-DGC (ESW) |
| Plaintiff, | **ORDER** |
| vs. | |
| CoreCivic Inc.; Warden Bruno Stolc; and Corrections Officer Chester Collins, | |
| Defendants. | |

Plaintiff, through counsel, brought this prisoner civil rights action under 42 U.S.C. § 1983. Docs. 1, 9. The Court screened the amended complaint pursuant to 28 U.S.C. § 1915A(a), directed Plaintiff to serve process on each Defendant in compliance with the Federal Rules of Civil Procedure and the Court's Local Rules, and ordered Defendants to answer the alleged Eighth Amendment violation asserted in count one (the sole count asserted in the amended complaint). Docs. 6, 10. Defendants CoreCivic and Stolc were served and have answered. Docs. 11, 12.

Magistrate Judge Eileen Willett has issued a report recommending that Defendant Collins be dismissed without prejudice because he has not been served with process and Plaintiff failed to respond to the order to show cause filed on September 29, 2020 ("R&R"). Doc. 17 (citing Fed. R. Civ. P. 4(m)). No objection has been filed, which relieves the Court of its obligation to review the R&R. *See* 28 U.S.C. § 636(b)(1); Fed.

R. Civ. P. 72(b)(3); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  The Court will accept the R&R and dismiss Defendant Collins.

**IT IS ORDERED:**

1. Judge Willett's R&R (Doc. 17) is **accepted**.
2. Defendant Collins is **dismissed** without prejudice from this action.

Dated this 3rd day of December, 2020.

*David G. Campbell*
David G. Campbell
Senior United States District Judge